No. 74–1645. COIRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would grant certiorari.

No. 74–6409. PETERS v. LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6720. BAUMGARTEN ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL would grant certiorari.

No. 75–21. MICHIGAN v. BEAVERS. Sup. Ct. Mich. Motion of respondent for leave to procéed *in forma pauperis* granted. Certiorari denied, it appearing that the judgment below rests on adequate state grounds.

No. 75–193. MICHIGAN v. McFARLAND ET AL. Ct. App. Mich. Motion of respondent Moore for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–222. TAYLOR, ACTING CORRECTIONS DIRECTOR, ET AL. v. ROBERTS; and

No. 75–5246. ROBERTS v. TAYLOR, ACTING CORRECTIONS DIRECTOR, ET AL. Petitions for certiorari before judgment to C. A. 1st Cir. Motion of respondent in No. 75–222 for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 75–5017. AARON v. CAPPS, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari.